192 So. 919

**H. D. POLLARD, as Receiver of Central of Georgia Railway Co., v. Mrs. G. A. LEWIS.**

6 Div. 393.

Court of Appeals of Alabama.

Nov. 21, 1939.

W. H. Sadler, Jr., of Birmingham, for appellant.

S. P. Smith, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

192 So. 919

**H. D. POLLARD, as Receiver, Central of Ga. R. Co., v. Ann Hettrick POWELL.**

6 Div. 399.

Court of Appeals of Alabama.

Dec. 1, 1939.

W. H. Sadler, III, of Birmingham, for appellant.

Bolling R. Powell, Jr., of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

192 So. 920

**H. D. POLLARD, as Receiver, Central of Ga. R. Co., v. Arnold F. POWELL.**

6 Div. 398.

Court of Appeals of Alabama.

Dec. 1, 1939.

W. H. Sadler, III, of Birmingham, for appellant.

Bolling R. Powell, Jr., of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

192 So. 920

**H. D. POLLARD, as Receiver, Central of Ga. R. Co., v. Arnold F. POWELL.**

6 Div. 400.

Court of Appeals of Alabama.

Dec. 1, 1939.

W. H. Sadler, III, of Birmingham, for appellant.

Bolling R. Powell, Jr., of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

192 So. 920

**H. D. POLLARD, as Receiver of Central of Georgia Railway Co., v. George W. SCHILD.**

6 Div. 396.

Court of Appeals of Alabama.

Nov. 21, 1939.

W. H. Sadler, Jr., of Birmingham, for appellant.

S. P. Smith, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by agreement.